

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 17, 2021**

United States Bankruptcy Judge

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| NATHAN KELLY, | § | CASE NO. 16-33627-HDH-7 |
| | § | (Chapter 7) |
| Debtor. | § | |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF
REED & ELMQUIST, P.C. FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE CHAPTER 7 TRUSTEE**

On this day came on for consideration the First and Final Application of Reed & Elmquist, P.C. ("R&E") for Allowance of Compensation and Reimbursement of Expenses as Counsel for the Chapter 7 Trustee (the "Application") (Docket No. 176). The Court finds that notice of the Application was provided to creditors pursuant to applicable rules (Docket No. 177), that such notice was adequate, and that no objections were filed to the Application as evidenced by the Certificate of No Objection on file. It is therefore

ORDERED that R&E is hereby allowed as final Chapter 7 fees in the voluntarily reduced amount of $19.167.50 and expenses in the amount of $299.59, for a total of $19,467.09.

It is further ORDERED that the Trustee is hereby authorized to pay R&E its allowed expenses in full, and to pay fees to R&E in the amount of $5,802.26.

### END OF ORDER ###

Submitted by:

David W. Elmquist (SBT #06591300)
REED & ELMQUIST, P.C.
501 N. College Street
Waxahachie, TX  75165
(972) 938-7339
(972) 923-0430 (fax)
E-mail:  delmquist@bcylawyers.com

ATTORNEYS FOR DIANE REED,
CHAPTER 7 TRUSTEE